USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALIAN OCEAN SHIPPING COMPANY,

          Plaintiff,

    -against-

GLASFORD SHIPPING LTD.,

          Defendant.

ORDER

09 Civ. 7271 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    On September 30, 2009 this Court issued an order of attachment as to Defendant Glasford Shipping Ltd. pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. The property to be attached by this order took the form of electronic fund transfers ("EFTs") being processed by intermediary banks in New York.

    On October 16, 2009, the Second Circuit decided <u>Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.</u>, 08-3477-cv (L), 08-3758-cv (XAP). In that decision, the court, with the consent of all of the judges in active service, overruled <u>Winter Storm Shipping, Ltd. v. TPI</u>, 310 F.3d 263, 278 (2d Cir. 2002), concluding "that EFTs being processed by an intermediary bank are not subject to attachment under Rule B." <u>Shipping Corp. of India</u>, at *1-2.

    In light of the Second Circuit's decision in <u>Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.</u>, it is hereby ORDERED that this Court's September 30, 2009 order of attachment will be vacated and the verified complaint dismissed without

prejudice if Plaintiff does not show good cause in writing by **November 3, 2009** why the attachment should be maintained.

Dated: New York, New York
      October 26, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge